UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL MARIO LAM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION,<br><br>　　　　Defendant. | No. 1:23-cv-1167 JLT BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION WITH PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 11) |

Miguel Mario Lam seeks to hold the California Department of Corrections and Rehabilitation liable for the loss of property, asserting some of his items were missing when he was released from Administrative Segregation at Corcoran State Prison. (*See* Doc. 7 at 3-5.) The assigned magistrate judge screened Plaintiff's First Amended Complaint pursuant to 28 U.S.C. § 1915A(a) and found Plaintiff failed to state a claim because he did not identify clearly when the events occurred or who was involved. (Doc. 9 at 3-4.) In addition, the magistrate judge noted the CDCR was the only defendant named, and the Eleventh Amendment barred the suit. (*Id.* at 4-5.) The magistrate judge granted Plaintiff leave to amend and warned that if Plaintiff failed to file an amended complaint, dismissal would be recommended. (*Id.* at 6-7.)

After Plaintiff failed to file an amended complaint or otherwise communicate with the Court, the magistrate judge reiterated the screening findings and found Plaintiff failed to obey an order and prosecute the action. (Doc. 11.) Therefore, the magistrate judge recommended the

1  "action be dismissed, with prejudice, for failure to state a claim pursuant to 28 U.S.C. § 1915A,
2  for failure to obey a court order, and for Plaintiff's failure to prosecute this action." (*Id.* at 8.)
3  The Findings and Recommendations were served on Plaintiff and contained a notice that any
4  objections were to be filed within fourteen days. (*Id.*) Plaintiff did not file objections and the
5  time to do so expired.
6       According to 28 U.S.C. § 636 (b)(1)(C), the Court performed a *de novo* review of the
7  case. Having carefully reviewed the matter, the Court concludes the Findings and
8  Recommendations are supported by the record and by proper analysis. Thus, the Court
9  **ORDERS**:
10     1.    The Findings and Recommendations issued on December 15, 2023 (Doc. 11), are
11          **ADOPTED** in full.
12     2.    This action is **DISMISSED** with prejudice.
13     3.    The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **January 17, 2024**

                                              UNITED STATES DISTRICT JUDGE

2